THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAVE LONG BEACH ISLAND, INC., *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF COMMERCE, *et al.*,

*Defendants*

Case No. 1:25-cv-02214-CJN

Judge Carl J. Nichols

**PLAINTIFFS' MOTION FOR AN ADMINISTRATIVE STAY OR PRELIMINARY INJUNCTION**

Under 5 U.S.C. § 705 of the Administrative Procedure Act and Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs, Save Long Beach Island Inc., et al., ask this Court for an Order (1) staying the effective dates of the approvals and authorizations in the November 20, 2023 Record of Decision for the Empire Wind Project,[1] and the Marine Mammal Protection Act Letter

---

[1] BOEM, Record of Decision, Empire Offshore Wind: Empire Wind Project (Empire Wind 1 and Empire Wind 2), Construction and Operations Plan https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/Empire-Wind-OCA-A-0512-ROD.pdf.

1

of Authorization/Incidental Take Authorization issued February 22, 2024,[2] for the Empire Wind Project, and (2) thereby prohibiting proposed Defendant-Intervenor Empire Wind from continuing any construction work of Empire Wind 1, including offshore pile-driving, or making any other irretrievable commitment of resources authorized in the Record of Decision and MMPA Letter of Authorization.

On August 19, 2025, counsel for Plaintiffs conferred with Intervenor-Defendants pursuant to Local Civil Rule 7(m), to which, counsel for Empire Wind responded that Intervenor-Defendant Empire Wind opposes Plaintiffs' motion. Plaintiffs conferred with counsel for Federal Defendants August 18, 2025, to which, counsel replied on August 21, 2025, that Federal Defendants oppose Plaintiffs' motion.

Dated: August 21, 2025

Respectfully submitted,
*/s/ Thomas Stavola Jr. Esq.*

Thomas Stavola, Jr., Esq.
DC Bar ID number: 90015331
Law Office of Thomas Stavola, Jr., LLC
209 County Road 537
Colts Neck, NJ 07722
(732) 539-7244
tstavolajr@stavolalaw.com

Counsel for Plaintiffs

---

[2] Incidental Take Authorization: Empire Offshore Wind, LLC (Empire Wind 1 and 2), 89 FR 11342, https://www.fisheries.noaa.gov/action/incidental-take-authorization-empire-offshore-wind-llc-construction-empire-wind-project-ew1, and https://www.federalregister.gov/documents/2024/02/14/2024-01363/takes-of-marine-mammals-incidental-to-specified-activities-taking-marine-mammals-incidental-to-the.