IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE LONG BEACH ISLAND, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br><br> U.S. DEPARTMENT OF COMMERCE, *et al.*, <br><br> *Federal Defendants,* <br><br> and <br><br> EMPIRE OFFSHORE WIND LLC, and EMPIRE LEASEHOLDER LLC <br><br> *Intervenor-Defendants.* | Case No. 1:25-cv-02214-CJN <br><br><br> **UNOPPOSED MOTION TO DEFER FEDERAL DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |

    Federal Defendants respectfully request that the Court defer Federal Defendants' deadline for responding to the Complaint until thirty days after the Court issues a ruling on Intervenor-Defendant Empire Wind's motion to dismiss, ECF No. 20, in the event there are any surviving claims.

    Federal Defendants' current deadline for responding to the Complaint is October 6, 2025. As Federal Defendants indicated in the parties' Joint Status Report filed on August 25, 2025, ECF No. 18, Federal Defendants previously intended to file a motion to dismiss Plaintiffs' claim under the Marine Mammal Protection Act ("MMPA") (Plaintiffs' First Cause of Action) by this deadline. However, any motion to dismiss Federal Defendants file would likely make arguments similar to those in Empire Wind's motion to dismiss, *see* ECF No. 18. Thus, in the interest of conserving strained government resources, Federal Defendants instead

1

seek to defer their deadline for responding to any surviving claims until thirty days after resolution of Empire Wind's motion to dismiss. Should the Court deny any portion of Empire Wind's motion, Federal Defendants intend to raise any threshold issues with the remaining claims as part of briefing on summary judgment, should the case reach that stage. Federal Defendants reserve the right to raise the *res judicata* and collateral estoppel arguments asserted in Empire Wind's motion to dismiss regarding Plaintiffs' MMPA claim, *see* ECF No. 18 at 13-24, the jurisdictional and procedural arguments Empire Wind asserts with respect to Plaintiffs' claims under the Outer Continental Shelf Lands Act ("OCSLA") and National Environmental Policy Act, *see id.* at 8-13, and any other defenses in their answer to the Complaint and any summary judgment briefing.

Further, this case, in part, challenges the Bureau of Ocean Energy Management's ("BOEM") approval of the Construction and Operations Plan ("COP") for the Empire Wind project. Though the Complaint does not specify, BOEM issued two COP approval letters here: one for Empire Wind 1 (which is currently under construction) and another for Empire Wind 2 (which is not). *See* https://www.boem.gov/renewable-energy/state-activities/empire-wind. Pursuant to Section 1 of President Trump's January 20, 2025 Presidential Memorandum, *Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects*, 90 Fed. Reg. 8663 (Jan. 20, 2025), and a May 2025 directive from the Department of the Interior's then-Acting Solicitor regarding prior interpretations of an OCSLA provision, 43 U.S.C. § 1337(p)(4), BOEM intends to undertake a reconsideration of its COP approval for Empire Wind 2. That reconsideration process (or any resulting decision) may impact the scope

of this case or case management should the Court deny any portion of Empire Wind's motion to dismiss.

Pursuant to Local Civil Rule 7(m), counsel for Federal Defendants conferred with counsel for Plaintiffs and Empire Wind regarding Federal Defendants' request to defer their answer deadline until thirty days after resolution of Empire Wind's motion to dismiss. Plaintiffs and Empire Wind do not oppose this motion.

DATE: September 30, 2025

                                          Respectfully submitted,

                                          ADAM R.F. GUSTAFSON
                                          United States Department of Justice
                                          Acting Assistant Attorney General
                                          Environment and Natural Resources Division

                                          */s/ Michelle M. Spatz*
                                          MICHELLE M. SPATZ
                                          Trial Attorney (D.C. Bar No. 1044400)
                                          Wildlife & Marine Resources Section
                                          (202) 598-9741
                                          michelle.spatz@usdoj.gov
                                          AMBER DUTTON-BYNUM
                                          Trial Attorney (D.C. Bar No. 1778319)
                                          Natural Resources Section
                                          (202) 330-2649
                                          Amber.Dutton-Bynum@usdoj.gov

                                          *Attorneys for Federal Defendants*